JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P.O. Box 1708
Sacramento, California 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

FILED
MAR 19 2015
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE:

GEOFFREY W MURPHY
NICOLE S MURPHY

Debtor(s)

Case No: 10-26230-B13

TRUSTEE'S NOTICE OF
UNCLAIMED FUNDS

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

JAN P. JOHNSON, Chapter 13 Trustee, herewith submits check number 318199 of which $4,343.89, represents the total amount of unclaimed funds in the above captioned bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The intended recipient(s) of these funds is as follows:

1

| NUMBER | NAME/ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF UNCLAIMED FUNDS |
|---|---|---|---|
| CT #5<br>TR #45 | L W Stone Corp<br>P O Box 1224<br>Orland, CA  95963 | $12,513.66 | **$4343.89** |

TOTAL CHECK: $4,343.89

Dated:  March 12, 2015

_____
Jan P. Johnson, Trustee